AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Iris Wood

**SUMMONS IN A CIVIL CASE**

V.

Irving Kator, Michael Kator,
Cathy A. Harris,
Kator, Parks & Weiser, PLC  CASE

Case: 1:07-cv-01597
Assigned To : Urbina, Ricardo M.
Assign. Date : 9/7/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

Cathy A. Harris
1020 19th St, NW Suite 350
Washington DC 20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' Pro Se (name and address)

Iris Wood
110 Main Street
PO B 1200
Lamar, SC
29069

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
DEC 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY MAYER-WHITTINGTON
CLERK

SEP - 7 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action    *SOP to Cathy A. Harris*

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | Dec. 19, 2007 |
| NAME OF SERVER (PRINT) Peter J. Atherton | TITLE | Legal Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 1030 19th St. N.W., Suite 350 Washington, D.C. 20036

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/19/2007    *[signature] Peter J. Atherton*

Address of Server: P.O. Box 2337, D.C. 20013-2337

202-424-2000

*See attached manifest*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# COURIER DAILY MANIFEST

**DRIVER/CONTRACTOR NAME:** Ivy Wood
**DATE:** 12/19/07  **DAY:** Wed
**MANIFEST #:** 81471
**JOB #:** —

| # | P/U LOCATION | DELIVERY LOCATION | REMARKS / SIGNATURES |
|---|---|---|---|
| 1 | FIRM: Ivy Wood<br>ADDR: 116 Main St.<br>P.O. Box 120 (M)<br>Hanahan, S.C. 29069<br>(plaintiff)<br>RM: | FIRM: Kato Parker<br>Wiley PLC<br>ADDR: 1026 19th St NW #350<br>SEE: | |
| 2 | | FIRM: per registered<br>ADDR: agent CT Corp System<br>SEE: 1015 15th St NW 10th floor<br>RM: | |
| 3 | CASE #:07-<br>CV-01597<br>USDC, D.C. | FIRM:<br>ADDR: Anusha Patty<br>SEE: | PRINT NAME: Anusha Patty<br>SIGNATURE: (illegible) — accepted upon<br>(ID by business card) |
| 4 | | FIRM: UCI Summons<br>ADDR: Notice — waivers<br>SEE: Civil Cover Sheet | |
| 5 | | FIRM: Draft Emergency<br>ADDR: Consent Motion for<br>SEE: | PRINT NAME: (illegible)<br>SIGNATURE: (illegible) returned (ID by business card) |
| 6 | | FIRM: Motion<br>ADDR: Proposed Order<br>SEE: | PRINT NAME: (illegible)<br>SIGNATURE: Personally served<br>Louis Lance CT Corp Syst 12:49 |
| 7 | | FIRM:<br>ADDR: Cathy A. Harris<br>SEE: | PRINT NAME: (illegible)<br>SIGNATURE: (illegible) |
| 8 | | FIRM: Michael Kator<br>ADDR:<br>SEE: | PRINT NAME:<br>SIGNATURE: |
| 9 | | FIRM: Irving Kator<br>ADDR:<br>SEE: | PRINT NAME:<br>SIGNATURE: |

SHIPMENT SUBJECT TO LIMIT OF LIABILITY — SEE REVERSE
COMPANY COPY

AO 440 (Rev. 8 01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Iris Wood

**SUMMONS IN A CIVIL CASE**

V.

Irving Kator, Michael Kator, Cathy A. Harris, Kator, Parks + Weiser, PLLC

Case: 1:07-cv-01597
Assigned To : Urbina, Ricardo M.
Assign. Date : 9/7/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

Kator, Parks + Weiser, PLLC
1020 19th St NW Suite 350
Washington, DC 20036

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

Iris Wood
110 Main Street
POB 1200
Lamar, S.C.
29069

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**
**DEC 2 0 2007**
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

NANCY MAYER-WHITTINGTON
CLERK

SEP - 7 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action   *SOP to Kator, Parks, Weiser PLLC*

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | Dec. 19, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Peter J. Atherton | Legal Process Server |

*Check one box below to indicate appropriate method of service*

☒ G  Served personally upon the defendant. Place where served: 1020 19th St. NW, Suite 350, Washington, D.C. 20036 at registered agent

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/19/2007           *[signature]*
                Date              Signature of Server

P.O. Box 2337
D.C. 20013-2337
*Address of Server*

202-424-2000

*Registered Agent:
C.T. Corp. System
1015 15th St, N.W.
10th Floor, #1000
Washington, D.C. 20005-2606

Personal Service upon Anusha Putty & Louis Lance of C.T.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

See attached manifest

# COURIER DAILY MANIFEST

DRIVER/CONTRACTOR #: _____
DRIVER/CONTRACTOR NAME: A. Hurton
DATE: 12/19/07  DAY: Wed
MANIFEST #: _____
PAGE ___ OF ___

CT — a Wolters Kluwer business
Louis Lance, Fulfillment Specialist
1015 15th Street NW, Suite 1000, Washington, DC 20005-2606
202 572 3133 tel / 202 572 9633 fax
louis.lance@wolterskluwer.com
www.ctlegalsolutions.com

| # | JOB # | P/U LOCATION | DELIVERY LOCATION | PCS. | WAITING TIME | WGT. | LAYOUT ETC. | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 1 | | FIRM: Ivy Wolf  ADDR: 110 Main St. P.O. Box 1204  Irmo, SC 29069  SEE: (plaintiff) RM: | | | | | | |
| 2 | | FIRM: USDC D.C.  Case 1:07-cv-01597 | FIRM: wcl  SEE: Anusha Putty  RM: Summons/Notice - Waivers of svc fully - civil cover sheet complaint  SIGNATURE: Anusha Putty  PRINT NAME: Anusha Putty | | | | | |
| 3 | | FIRM: ___ ADDR: 1015 15th St NW  SEE: agent for CT Corp  RM: waiting for input etc | | | | | $350 |
| 4 | | | FIRM: Kator Parks PLLC  ADDR: 1201 19th St NW #350  SEE: Michael Kator  SIGNATURE: ___  PRINT NAME: Michael Kator | | | | | |
| 5 | | | FIRM: ___  SEE: ___ Majusk B ___  SIGNATURE: ___  PRINT NAME: Majusk B | | | | | |
| 6 | | | FIRM: ___  SEE: ___  Personally served  SIGNATURE: ___  PRINT NAME: Louis Lance, CT Corp Syst  12:49 | | | | | |
| 7 | | | FIRM: ___  SEE: Cathy A Harris  SIGNATURE: Cathy  PRINT NAME: Cathy | | | | | |
| 8 | | | FIRM: ___  SEE: Michael Kator  SIGNATURE: ___  PRINT NAME: Michael Kator | | | | | 8 |
| 9 | | | FIRM: ___  SEE: Irving Kator  SIGNATURE: ___  PRINT NAME: Irving Kator | | | | | 14 / 1 |

DRIVER/CONTRACTOR SIGNATURE: _____

COMPANY COPY

SHIPMENT SUBJECT TO LIMIT OF LIABILITY — SEE REVERSE

AO 440 (Rev. 8 01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Iris Wood

V.

Irving Kator, Michael Kator
Cathy A. Harris; Kator,
Parks & Weiser, PLLC

CASE

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01597
Assigned To : Urbina, Ricardo M.
Assign. Date : 9/7/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

Irving Kator
1020 19th St. NW Suite 350
Washington, DC 20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~'S ATTORNEY~~ Pro Se (name and address)

Iris Wood
110 Main St.
P.O.B. 1200
Lamar, SC 29069

an answer to the complaint which is served on you with this summons, within  **20**  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**
DEC 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY MAYER-WHITTINGTON                    SEP - 7 2007
CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action — SOP to Irving Kator

| RETURN OF SERVICE |
|---|
| Service of the Summons and complaint was made by me⁽¹⁾ — DATE: Dec. 19, 2007 |
| NAME OF SERVER (PRINT): Peter J. Atherton — TITLE: Legal Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 1030 19th St. N.W., Suite 350 Washington, D.C. 20036

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/19/2007

Signature of Server: Peter J. Atherton

Address of Server: P.O. Box 2337, D.C. 20013-2337

202-424-2000

See attached manifest

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# COURIER DAILY MANIFEST

**DRIVER/CONTRACTOR NAME:** F. Horton
**DATE:** 12/19/07
**DAY:** Wed
**MANIFEST #:** 8171
**PAGE:** ___ OF ___

| JOB # | P/U LOCATION | DELIVERY LOCATION | REMARKS | | | |
|---|---|---|---|---|---|---|
| | | | PCS. | WGT. | WAITING TIME | LAYOUT ETC. |
| 1 | FIRM: Irv Wool<br>ADDR: 1C Main St.<br>PO Box 1200<br>SEE: Inman, SC<br>29349<br>(Country) | FIRM: Katon Parkes & Wiley PLC<br>ADDR: 1020 19th St NW<br>SEE: | | | | Louis Lance |
| 2 | FIRM:<br>ADDR:<br>SEE: | FIRM: CT Corporation<br>Agent for CT Corp<br>ADDR: 1015 15th St NW<br>SEE: 10th Floor | #352<br>Registered Agent | | | CT a Wolters Kluwer business |
| 3 | FIRM: Civil 1:07-<br>ADDR: CV-01597<br>SEE: USDC, D.C. | FIRM:<br>ADDR: Avisha Patty<br>SEE: | | | | PRINT NAME<br>SIGNATURE |
| 4 | FIRM:<br>ADDR:<br>SEE: | FIRM: WCI Summons<br>Notice - Matters<br>ADDR: Civil Cover Sheet<br>SEE: | | | | PRINT NAME Avisha Patty<br>SIGNATURE |
| 5 | FIRM:<br>ADDR:<br>SEE: | FIRM: Drake Group<br>ADDR: Complaint<br>SEE: Notice | refused upon<br>(ID by them card) | | | PRINT NAME<br>SIGNATURE |
| 6 | FIRM:<br>ADDR:<br>SEE: | FIRM: Brother ownership of above<br>ADDR: Cathy A. Harris<br>SEE: | | | | PRINT NAME Personally served Louis Lance CT Corp Syst 12:49<br>SIGNATURE |
| 7 | FIRM:<br>ADDR:<br>SEE: | FIRM:<br>ADDR:<br>SEE: | | | | PRINT NAME<br>SIGNATURE |
| 8 | FIRM:<br>ADDR:<br>SEE: | FIRM: Michael Kator<br>ADDR:<br>SEE: | | | | PRINT NAME<br>SIGNATURE |
| 9 | FIRM:<br>ADDR:<br>SEE: | FIRM: Irving Kator<br>ADDR:<br>SEE: | | | | PRINT NAME<br>SIGNATURE |

DRIVER/CONTRACTOR SIGNATURE _____  COMPANY COPY  SHIPMENT SUBJECT TO LIMIT OF LIABILITY SEE REVERSE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Iris Wood

**SUMMONS IN A CIVIL CASE**

V.

Irving Kator, Michael Kator,
Cathy A. Harris; Kator, Parks
& Weiser, PLLC

Case: 1:07-cv-01597
Assigned To : Urbina, Ricardo M.
Assign. Date : 9/7/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

Michael Kator
1020 19th St NW Suite 350
Washington, DC 20036

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' PRO SE (name and address)

Iris Wood
110 Main Street
POB 1200
Lamar, S.C.
29069

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**
DEC 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY MAYER-WHITTINGTON
CLERK

SEP - 7 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action  *SOP to Michael Kator*

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE Dec. 19, 2007 |
| NAME OF SERVER *(PRINT)* Peter J. Atherton | TITLE Legal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 1020 19th St. N.W., Suite 350 Washington, D.C. 20036

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/19/2007     *Peter J. Atherton*
                Date           Signature of Server

P.O. Box 2337
DC. 20013-2337
*Address of Server*
202-424-2008

*See attached manifest*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# COURIER DAILY MANIFEST

DRIVER/CONTRACTOR NAME: T Horton
DATE: 12/19/07  DAY: Wed
MANIFEST #: (illegible)
PAGE ___ OF ___

| # | P/U LOCATION | DELIVERY LOCATION | PCS. | WGT. | REMARKS / WAITING TIME / LAYOUT ETC. |
|---|---|---|---|---|---|
| 1 | FIRM: Tim Wood  ADDR: 1C Mail SD  SEE: P.O. Box 1200  Hanau, S.C. 29069  RM: (Plaintiff) | FIRM: Katon Parkes &  Khaly PLLC  ADDR: 1020 19th St NW #350  SEE: RH Mcintosh | | | Louis Lance  CT a Wolters Kluwer business |
| 2 | FIRM: CvA # 1:07-  SEE: CV-01597  USDC, D.C. | FIRM: Agent CT Corp System  ADDR: 1015 15th St NW, 10th Floor | | | |
| 3 | | FIRM: Anisha Putty  ADDR: RMU | | | PRINT NAME: Anisha Putty  SIGNATURE |
| 4 | | FIRM: USC Summary  ADDR: Notice - Mandates  SEE: Civil Cover Sheet, Consent Form | | | PRINT NAME: (illegible)  SIGNATURE: orig response upon Anisha Putty |
| 5 | | FIRM: Draft Criminal  ADDR: Complaint  SEE: Motion | | | PRINT NAME: Majors J  SIGNATURE (ID by their card) |
| 6 | | FIRM: Brief Overview of Patent  ADDR: Royalty Affidavit #  SEE: Cathy B. Harris | | | PRINT NAME: Cathy  SIGNATURE: Personally served Louis Lance CT Corp Syst 12:49 |
| 7 | | FIRM:  SEE: Michael Kator | | | PRINT NAME  SIGNATURE |
| 8 | | FIRM:  SEE: Irving Kator | | | PRINT NAME  SIGNATURE |
| 9 | | | | | |

8/7/1

DRIVER/CONTRACTOR SIGNATURE

SHIPMENT SUBJECT TO LIMIT OF LIABILITY  SEE REVERSE

COMPANY COPY