UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRIS WOOD,

    Plaintiff, *Pro Se*

      v.

IRVING KATOR, *et al.*

    Defendants.

No. 07-1597 (RMU)

**NOTICE OF APPEARANCE**

    The Clerk will please enter the appearance of Adrienne M. Tranel as counsel for all defendants in the above-captioned matter.

Respectfully submitted,

_____s/_____
Adrienne M. Tranel (502502)
Kator, Parks & Weiser, PLLC
1020 19th Street, Suite 350
Washington, DC 20036
(202) 898-4800

January 8, 2008                         Attorney for Defendants