UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
JAN 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| IRIS WOOD, ) | |
| ) | |
| Plaintiff, *Pro Se* ) | |
| ) | |
| v. ) | Civil Action No. 07-1597 (RMU) |
| ) | (JURY TRIAL) |
| IRVING KATOR, MICHAEL KATOR, ) | |
| CATHY A. HARRIS, ) | |
| Kator, Parks & Weiser, PLLC, ) | |
| (previously known under other ) | |
| law firm names) ) | |
| ) | |
| Defendants ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND

## TO MOTION TO DISMISS

Iris Wood, pro se plaintiff, requests extension of time to respond to defendants' Motion to Dismiss until February 1, 2008 (postmark, ie, not counting mail time).

This request is made as pro se plaintiff who lives out of state and has no expertise in this area of law. Plaintiff must drive more than an hour to the law library in erratic winter weather.

Plaintiff also has a bladder condition and reduced vision at this time which impedes travel.

It is noted in the pleadings filed with the court, defendant claimed copies were sent overnight to plaintiff on Jan 8th. The envelope did not arrive on Jan 9th.

The Post Office clerk indicated envelope from defendants was mailed on Jan 9th with 2-day delivery. Post Office confirmed envelope arrived on Jan 11th. It was signed for on Jan 12th.

Dated: January 15, 2008

Respectfully submitted,

Iris Wood, Plaintiff *Pro Se*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRIS WOOD,<br><br>    Plaintiff, *Pro Se*<br><br>v.<br><br>IRVING KATOR, MICHAEL KATOR,<br>    CATHY A. HARRIS,<br>    Kator, Parks & Weiser, PLLC,<br>    (previously known under other<br>    law firm names)<br><br>    **Defendants** | Civil Action No. 07-1597 (RMU)<br>(JURY TRIAL) |

## ORDER

Upon consideration of Plaintiff's Motion for extension of time, it is ordered that an extension of time is granted to plaintiff to mail to the court her response to defendants' Motion to Dismiss until February 1, 2008.

Dated: January   , 2008

_____

Ricardo M. Urbina
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA