UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRIS WOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No.: 07-1597 (RMU) |
| ) | |
| MICHAEL KATOR, *et al.* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF ADDRESS

Defendants' counsel hereby submits notice of the following change of address, to be effective February 1, 2008. While the physical address for the law firm of Kator, Parks & Weiser, P.L.L.C. will change, the telephone and fax numbers will remain the same.

>Kator, Parks & Weiser, P.L.L.C.
>1200 18th Street, N.W., Tenth Floor
>Washington, DC 20036
>Telephone: (202) 898-4800
>Facsimile: (202) 289-1389

Respectfully submitted,

_____/s/_____
Adrienne M. Tranel (502502)
KATOR, PARKS & WEISER, P.L.L.C.
1200 18th Street, N.W., Tenth Floor
Washington, D.C. 20036
Phone: (202) 898-4800
Fax: (202) 289-1389

January 30, 2008          Attorney for Defendants