UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRIS WOOD, )<br>)<br>    Plaintiff, )<br>)<br>        v. )<br>)<br>IRVING KATOR, *et al.* )<br>)<br>    Defendants. )<br>) | Civil Case No.: 07-1597 (RMU) |

**MOTION FOR EXTENSION OF TIME**

Defendants Irving Kator, et al., hereby move for an extension of time in which to file a reply to Plaintiff's Motion for Leave to File Amended Complaint, Amendment to Complaint, and Objection to Motion to Dismiss.  For good cause, Defendants respectfully request that this motion be granted and that Defendants have up to and including February 29, 2008, to respond to Plaintiff's motions.

Defendants' counsel has not previously requested an extension of time to respond to Plaintiff's motions.  Defendants were served with copies of Plaintiff's motions on February 5, 2008, such that a reply would be due February 15, 2008.  However, defense counsel is currently undertaking numerous other tasks that will require additional time to file a response in this matter.  For example, counsel prepared and filed a petition for attorney's fees in the matter of *Chong Soon Kim v. Department of Agriculture*, EEOC Appeal No. 0720070048, which was due February 7, 2008.  Counsel then replied to a disciplinary action in the matter of *Anthony Mazzarella v. Department of Health and Human Services*, due Friday, February 8, 2008.  In this same matter, counsel must appear at an oral reply on February 20, 2008, and file a petition for

attorney's fees by February 25, 2008.

Likewise, counsel prepared on February 7, 2008, to appear in the Superior Court of the District of Columbia in the matter of *Johnny Brown v. Denis Auto Body*, C.A. No. 2007 C.A. 007330 B, on February 8, 2008. This matter required counsel to be in court the full day of February 8, 2008. Further, counsel has been preparing and engaged in discovery due February 25, 2008, in the case of *David Williams v. Department of Homeland Security*, MSPB No. DC-0842-07-0816-I-1. Counsel has also been preparing discovery in the class action suit of *Wilkerson, et al. v. Social Security Administration*, EEOC No. 531-2008-00034X. Finally, counsel must file a petition for attorney's fees by February 19, 2008, in the matter of *Howard Gross v. U.S. Postal Service*, EEOC No. 531-2006-00104X, and file a response regarding damages in the same matter by February 26, 2008.

Counsel has attempted to contact Plaintiff regarding this extension, but has been unable to reach her. For these reasons, Defendants' counsel hereby requests that this extension be granted and that counsel have up to and including February 29, 2008, to file a response to Plaintiff's motions.

                                              Respectfully submitted,

                                              _____/s/_____
                                              Adrienne M. Tranel (502502)
                                              KATOR, PARKS & WEISER, P.L.L.C.
                                              1200 18th Street, N.W., Suite 1000
                                              Washington, D.C. 20036
                                              Phone: (202) 898-4800
                                              Fax: (202) 289-1389

February 12, 2008                                   Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IRIS WOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No.: 07-1597 (RMU) |
| ) | |
| IRVING KATOR, *et al.* ) | |
| ) | |
| Defendants. ) | |

### ORDER

Good cause having been shown, it is this _____ day of February, 2008, hereby

**ORDERED** that Defendants' motion for an extension of time to reply to Plaintiff's motion for leave to file amended complaint, amendment to complaint, and objection to motion to dismiss is hereby **GRANTED**; and it is

**FURTHER ORDERED** that Defendants shall have up to and including February 29, 2008, to respond to said motions.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE