UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 0 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| IRIS WOOD, | ) |
| Plaintiff, *Pro Se* | ) |
| v. | ) Civil Action No. 07-1597 |
| | ) (JURY TRIAL) |
| IRVING KATOR, MICHAEL KATOR, | ) |
| CATHY A. HARRIS, | ) |
| Kator, Parks & Weiser, PLLC, | ) |
| (previously known under other | ) |
| law firm names) | ) |
| Defendants | ) |

## MOTION FOR EXTENSION OF TIME TO RESPOND

## TO DEFENDANTS' FEBRUARY 2008 "REPLY"

Iris Wood, pro se plaintiff, requests extension of time until March 18, 2008, to respond to defendants' February 2008 "Reply."

This request is made as pro se plaintiff who lives out of state and is not expert in this area of law.

Plaintiff must drive more than an hour to the law library in winter weather. Plaintiff also has a bladder condition and reduced vision at this time which impedes travel. An eye doctor appointment was already set for this week.

It is noted procedures require pleadings and notices to be mailed for pro se cases; however, plaintiff has not received copies of pleadings in the mail since January 2008. Plaintiff has not been notified of changes in procedures.

It is noted plaintiff cannot participate in the ECF (Adobe) system, does not have access to LexisNexis, and does not always have access to the internet.

Dated: February 24, 2008

Respectfully submitted,

Iris Wood, Plaintiff *Pro Se*

Certificate of Service

I hereby certify that a copy of the foregoing has been served by first class mail on: *Motion*

Adrienne Tranel, Esq
Kator, Parks & Weiser, PLLP
1200 18th Street, NW, Tenth Floor
Washington, DC 20036

*[signature]*
Iris Wood, pro se
Date: Feb 29, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IRIS WOOD,<br><br>    Plaintiff, *Pro Se*<br><br>v.<br><br>IRVING KATOR, MICHAEL KATOR,<br>    CATHY A. HARRIS,<br>    Kator, Parks & Weiser, PLLC,<br>    (previously known under other<br>    law firm names)<br><br>    Defendants | Civil Action No. 07-1597 (RMU)<br>(JURY TRIAL) |

## PLAINTIFF'S AFFIDAVIT

I, Iris Wood, plaintiff, pro se, affirms, as follows:

On Monday, February 25, 2008, I mailed to the Clerk of Court's Office, U.S. District Court for the District of Columbia, 333 Constitution Ave, N.W., Washington, D.C. 20001, via overnight delivery Express Mail from out of state a Motion for Extension of Time in the above captioned case before presiding Judge Ricardo M. Urbina.

Copy of proof of mailing on February 25, 2008, via Express Mail to Clerk of Court's Office, Washington, D.C., is shown below (this page).

The USPS confirmed it was delivered approximately noon the following day, Tuesday, February 26, 2008.

*/s/ Iris Wood/*

Iris Wood, Plaintiff *Pro Se*

Date: February 29, 2008

```
COLUMBIA MPO
COLUMBIA, South Carolina
       292012762
4518030202 -0097
02/25/2008    (803)733-4600    04:55:39 PM

                   Sales Receipt
Product            Sale  Unit       Final
Description        Qty   Price      Price

WASHINGTON DC 20001
Zone-4 Express Mail              $16.25
PO-Add Flat Rate
2.30 oz.
Label #:
    EB874016305US
Next Day Noon / Normal
Delivery

Issue PVI:                       $16.25
                              =========
Total:                           $16.25

Paid by:
Visa
Account #:    XXXXXXXXXXXX0651
Approval #:   03219A
Transaction #: 619
23 902980101
```

PO BX 1200
Lamar, SC
29069-1200
803-484-6518

February 29, 2008

Office of the Clerk
United States District Court
  for the District of Columbia
333 Constitution Ave, N.W.
Washington, D.C. 20001

RE: Civil Action #07-1597 (WOOD v. KATOR)

Dear Clerk of Court:

On Monday, February 25, 2008, I mailed to your office at the above address via overnight delivery Express Mail from out of state a Motion for Extension of Time. The USPS confirmed it was delivered approximately noon the following day, Tuesday, February 26, 2008.

I realize there is some delay at the court with motions and filings received by mail for security reasons which can vary with your workload.

I am filing pro se and am concerned because I have not been able to confirm that my Motion was filed with the court and logged into the ECF or PACER system. I telephoned your office yesterday and today but as of this morning I could not confirm.

Today I telephoned Ms Frances at 202-354-3174 in your office and left a message in an attempt to confirm.

Therefore, I am mailing additional copies to your office today at the above address via Priority Mail (as back-up copies) along with this cover letter and a copy of my certificate of service on opposing counsel of this Motion (which I mailed to opposing counsel on February 25, 2008). See Enclosures.

Enclosed is my Affidavit affirming the express mailing on Monday, February 25, 2008.

Your prompt assistance would be appreciated.

Sincerely,

Iris Wood
Plaintiff, Pro Se

Enclosures

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IRIS WOOD,** ) | |
| ) | |
| **Plaintiff,** *Pro Se* ) | |
| ) | |
| v.  ) | Civil Action No. 07-1597 (RMU) |
| ) | (JURY TRIAL) |
| **IRVING KATOR, MICHAEL KATOR,** ) | |
| **CATHY A. HARRIS,** ) | |
| Kator, Parks & Weiser, PLLC, ) | |
| (previously known under other ) | |
| law firm names) ) | |
| ) | |
| **Defendants** ) | |

## ORDER

Upon consideration of Plaintiff's Motion for extension of time, it is ordered that an extension of time is granted to plaintiff to file her Response to defendants' Response and Motion to Dismiss until March 18, 2008.

Dated: February   , 2008

_____

Ricardo M. Urbina
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA