UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| IRIS WOOD,<br><br>Plaintiff, *Pro Se*<br><br>v.<br><br>IRVING KATOR, MICHAEL KATOR,<br>CATHY A. HARRIS, KATOR,<br>PARKS, & WEISER, PLLC,<br>(previously known under other<br>law firm names)<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1597 (RMU)<br>) (JURY TRIAL DEMANDED) |

## MOTION FOR LEAVE TO CONSIDER TOGETHER PLAINTIFF'S FIRST AMENDMENT TO COMPLAINT AND PLAINTIFF'S ORIGINAL COMPLAINT WITH FIRST AFFIDAVIT

   Plaintiff, pro se, asks leave of court pursuant to Rules 15(a) and 15(c) of the Federal Rules of Civil Procedure to consider together plaintiff's first amendment to complaint and plaintiff's original complaint with first affidavit, all previously filed by plaintiff in the above-entitled and numbered cause.

   The request is sought since plaintiff as pro se intended the two pleadings, plaintiff's original complaint with first affidavit and first amendment to complaint, to be considered together when plaintiff prepared and filed the first amendment to complaint.

   The request is sought since claims asserted in the amended pleading arose out of conduct, transactions, and/or occurrences set forth or attempted to be set forth in the original pleading, the original complaint with first affidavit.

   The request is sought since justice is required.

Dated March 13, 2008

Respectfully submitted,

*[signature]*
Iris Wood, Plaintiff *Pro Se*

Certificate of Service

I hereby certify that a copy of the foregoing are served by first class mail on:

Adrienne Tranel, Esq
Kator, Parks & Weiser, PLLP
1200 18th Street, NW, Tenth Floor
Washington, DC 20036

_____
Iris Wood, pro se
Date: 3/13/2008