## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRIS WOOD,<br><br>    Plaintiff, *Pro Se*<br><br>v.<br><br>IRVING KATOR, MICHAEL KATOR,<br>CATHY A. HARRIS, KATOR,<br>PARKS, & WEISER, PLLC,<br>(previously known under other<br>law firm names)<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 07-1597 (RMU)
(JURY TRIAL DEMANDED)

**RECEIVED**

MAR 1 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO AMEND AND ADD TO PLAINTIFF'S MARCH 13-14, 2008, MOTION INCLUDING MOTION FOR PARTIAL RECONSIDERATION OF JUDGE'S MARCH 4, 2008, MINUTE ORDER

Reference Pro Se Plaintiff's Motion dated March 13, 2008, and filed by mail on March 14, 2008. Reference Presiding Judge's Minute Order dated March 4, 2008.

Plaintiff, pro se, requests leave of court to amend and add to plaintiff's prior Motion dated March 13, 2008, and filed by mail on March 14, 2008.

Plaintiff, pro se, requests partial reconsideration of Presiding Judge's Minute Order dated March 4, 2008.

Plaintiff, pro se, requests reconsideration, in part, of Presiding Judge's Minute Order dated March 4, 2008, where the Judge found "the original complaint is now superseded by the amended complaint...."

Plaintiff, pro se, asks the court pursuant to Rules 15(a) and 15(c) of the Federal Rules of Civil Procedure to consider together plaintiff's first amendment to complaint and plaintiff's original complaint with first affidavit, all previously filed by plaintiff in the above-entitled and numbered cause.

The request is sought since plaintiff as pro se intended the pleadings, plaintiff's original complaint with first affidavit and first amendment to complaint, to be considered together when plaintiff prepared and filed the first amendment to complaint.

The request for consolidation is sought since claims asserted in the amended pleading arose out of conduct, transactions, and/or occurrences set forth or attempted to be set forth in the original pleading, the original complaint with first affidavit.

The requests herein for partial reconsideration and for consolidation are sought since justice is required.

Dated March 14, 2008

Respectfully submitted,

Iris Wood, Plaintiff *Pro Se*