UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| IRIS WOOD,<br><br>Plaintiff, *Pro Se*<br><br>v.<br><br>IRVING KATOR, MICHAEL KATOR, CATHY A. HARRIS, Kator, Parks & Weiser, PLLC, (previously known under other law firm names)<br><br>Defendants | Civil Action No. 07-1597 (RMU)<br>(JURY TRIAL DEMANDED) |

## SUPPLEMENTAL MOTION FOR EXTENSIONS OF TIME TO FILE OPPOSITION TO DEFENDANTS' MARCH 2008 MOTION TO DISMISS AND TO FILE MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT WITH SECOND AMENDED COMPLAINT

Iris Wood, pro se plaintiff, requests extensions of time until April 30, 2008, to file Opposition to Defendants' March 2008 Motion to Dismiss and to file Motion for Leave to File Second Amended Complaint with Second Amended Complaint.

These requests are made as pro se plaintiff who lives out of state and is not expert in these areas of law.

Plaintiff must drive more than an hour to the law library. Plaintiff also has a bladder condition and reduced vision at this time which impedes travel.

Plaintiff is Christian with an overlapping four day religious holiday during this time period. Furthermore, matters involving death of plaintiff's husband as well as tax preparations and deadlines overlap with this time period.

Opposing counsel indicated by telephone PM March 26, 2008, that they "don't have any objections" to plaintiff's request.

Dated: March 27, 2008                                Respectfully submitted,

                                                     Iris Wood, Plaintiff *Pro Se*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRIS WOOD, ) | |
| ) | |
| Plaintiff, *Pro Se* ) | |
| ) | |
| v. ) | Civil Action No. 07-1597 (RMU) |
| ) | (JURY TRIAL DEMANDED) |
| IRVING KATOR, MICHAEL KATOR, ) | |
| CATHY A. HARRIS, ) | |
| Kator, Parks & Weiser, PLLC, ) | |
| (previously known under other ) | |
| law firm names) ) | |
| ) | |
| Defendants ) | |

## ORDER

Upon consideration of Plaintiff's Supplemental Motion for Extensions of Time, it is ordered that extensions of time are granted to plaintiff to file an Opposition to Defendants' March 2008 Motion to Dismiss and to file a Motion for Leave to file Second Amended Complaint with Second Amended Complaint until April 30, 2008.

   Dated: April   , 2008

_____
Ricardo M. Urbina
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Certificate of Service

I hereby certify that a copy of the foregoing has been served by first class mail on:

Adrienne Tranel, Esq
Kator, Parks & Weiser, PLLP
1200 18th Street, NW, Tenth Floor
Washington, DC 20036

Iris Wood, pro se
Date: 3-27-2008