UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRIS WOOD,

    Plaintiff, *Pro Se*

       v.                           No. 07-1597 (RMU)

IRVING KATOR, *et al.*

    Defendants.

## OPPOSITION TO MOTION FOR LEAVE TO FILE
## SECOND AMENDED COMPLAINT

Defendants oppose Plaintiff's desire to file yet another amended complaint. Notwithstanding this Court's previous order, Plaintiff still has not complied with Local Rule 7(i). Moreover, Defendants have already twice moved to dismiss her complaint; another amendment would simply allow another rehash of the same implausible and speculative allegations and cause Defendants to file yet another motion to dismiss. For these reasons, Defendants oppose Plaintiff's motion for leave to file a second amended complaint.[1]

1.    Plaintiff has not complied with Local Rule 7(i)

On March 17, 2008, this Court denied Plaintiff's motion to concatenate her original complaint, first affidavit and her first amended complaint. Specifically, the Court ruled that it

---

[1] Plaintiff incorrectly states in her Supplemental Motion for Extension of Time, etc. that Defendants "'don't have any objections' to plaintiff's requests." As this Court has apparently discerned, while Defendants did not oppose her request for additional time to respond to their motion to dismiss, they did not consent and would not have consented to a motion to amend the complaint. Until actually seeing her motion, Defendants were unaware that Plaintiff also sought leave to amend her complaint.

would "not accept the pro se plaintiff's invitation to reconstruct the patchwork of pleadings." Minute Order striking [15] the Plaintiff's Motion for Miscellaneous Relief (Mar. 17, 2008). Instead, the Court construed Plaintiff's motion as a second motion to amend her complaint and struck that motion for failing to comply with Local Rule 7(i). *Id*.

Notwithstanding this clear reference to the applicable rules, Plaintiff has again failed to comply with Local Rule 7(i) in her most recent motion. While we can perhaps surmise that Plaintiff's second amended complaint would be an amalgam and reprise of her previously-filed complaint, first affidavit and first amended complaint, neither Defendants nor the Court should be in the position of having to guess what Plaintiff's latest rendition might be. For this reason alone, Plaintiff's motion should be denied.

2.  <u>Plaintiff has not established good cause to amend her complaint</u>

Federal Rule 15(a)(2) provides that leave to amend should be freely given "when justice so requires." In her motion, however, Plaintiff has not endeavored to supply *any* justification for this Court to accept what would amount to the third iteration of her complaint. Suffice it to say that the justice of allowing Plaintiff yet a third attempt at articulating a viable complaint is not self-evident.

Indeed, quite to the contrary, allowing Plaintiff to again amend her complaint would appear to be inviting the Court and Defendants simply to waste more time. Plaintiff has not articulated why it is so difficult for her to capture her complaints in a cogent or at least understandable pleading. But even the most painstaking scrutiny of her prior pleadings does not reveal a plausible claim against Defendants. Defendants have now twice moved to dismiss the

complaint and there is no reason to require them to do so a third time. Plaintiff has had ample time and opportunity to set forth her complaints against Defendant. Nothing will be gained by allowing her yet another chance to catalog her vituperation. For this reason as well, Plaintiff's motion for leave to amend her complaint should be denied.

3.  Conclusion

For the foregoing reasons, Plaintiff's motion for leave to file a second amended complaint should be denied.

Respectfully submitted,

_____s/_____
Adrienne M. Tranel (502502)
Kator, Parks & Weiser, PLLC
1200 18th Street, Suite 1000
Washington, DC 20036
(202) 898-4800

April 8, 2008                                              Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRIS WOOD,

    Plaintiff, *Pro Se*

        v.                           No. 07-1597 (RMU)

IRVING KATOR, *et al.*

    Defendants.

**O R D E R**

Upon consideration of Plaintiff's Motion for Leave to File a second amended complaint, Defendants' response and the entire record herein, it is this _____ day of April, 2008

ORDERED that Plaintiff's motion shall be and hereby is DENIED.

                                                         _____
                                                         Richard M. Urbina, District Judge

Copies to:

Adrienne M. Tranel
1200 18th Street, NW Suite 1000
Washington, DC 20036

Iris Croft Wood
110 Main Street, PO Box 1200
Lamar, SC 29069-1200