UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

APR 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| IRIS WOOD, ) | |
| ) | |
| Plaintiff, *Pro Se* ) | |
| ) | |
| v. ) | Civil Action No. 07-1597 (RMU) |
| ) | (JURY TRIAL DEMANDED) |
| IRVING KATOR, MICHAEL KATOR, ) | |
| CATHY A. HARRIS, ) | |
| Kator, Parks & Weiser, PLLC, ) | |
| (previously known under other ) | |
| law firm names) ) | |
| ) | |
| Defendants ) | |

## MOTION FOR RELEASE OF FILES

Iris Wood, the plaintiff, requests thorough disgorgement of all remaining case files and papers upon receipt of this complaint.

Dated: April 29, 2008

Respectfully submitted,

*[signature]*

Iris Wood, Plaintiff *Pro Se*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRIS WOOD,  )<br>  )<br>Plaintiff, *Pro Se*  )<br>  )<br>v.  )<br>  )<br>IRVING KATOR, MICHAEL KATOR,  )<br>CATHY A. HARRIS,  )<br>Kator, Parks & Weiser, PLLC,  )<br>(previously known under other  )<br>law firm names)  )<br>  )<br>Defendants  )<br>  ) | Civil Action No. 07-1597 (RMU)<br>(JURY TRIAL DEMANDED) |

## ORDER

Immediate thorough disgorgement of all remaining plaintiff's case files and papers is ordered upon receipt of this complaint.

Dated: May   , 2008

_____

JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA