UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| IRIS WOOD, ) | |
| ) | |
| Plaintiff, *Pro Se* ) | |
| ) | |
| v. ) | Civil Action No. 07-1597 (RMU) |
| ) | (JURY TRIAL DEMANDED) |
| IRVING KATOR, MICHAEL KATOR, ) | |
| CATHY A. HARRIS, ) | |
| Kator, Parks & Weiser, PLLC, ) | |
| (previously known under other ) | |
| law firm names) ) | |
| ) | |
| Defendants ) | |

## MOTION FOR EXTENSIONS OF TIME TO RESPOND

Iris Wood, pro se plaintiff, requests extension(s) of time until at least May 14, 2008, (after Mother's Day) to respond to matters filed in above case during month of April 2008, if response is required or needed.

These requests are made as pro se plaintiff who lives out of state and is not expert in these areas of law.

Plaintiff must drive more than an hour to the law library. Plaintiff also has a bladder condition and reduced vision at this time which impedes travel.

Plaintiff continues to have matters to attend pertaining to the death of her husband.

Dated: ~~━━━━~~ April 30, 2008

Respectfully submitted,

*Iris Wood*

Iris Wood, Plaintiff *Pro Se*

Certificate of Service

I hereby certify that a copy of the foregoing are served by first class mail on:

Adrienne Tranel, Esq
Kator, Parks & Weiser, PLLP
1200 18th Street, NW, Tenth Floor
Washington, DC 20036

Iris Wood, pro se
Date: April 30, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRIS WOOD, )<br>)<br>Plaintiff, *Pro Se* )<br>)<br>v. )<br>)<br>IRVING KATOR, MICHAEL KATOR, )<br>CATHY A. HARRIS, )<br>Kator, Parks & Weiser, PLLC, )<br>(previously known under other )<br>law firm names) )<br>)<br>Defendants ) | Civil Action No. 07-1597 (RMU)<br>(JURY TRIAL DEMANDED) |

### ORDER

Upon consideration of Plaintiff's Motion for Leave to File a Second Amended Complaint, Defendants' Opposition Motion, Plaintiff's Opposition and Response, and the record herein, it is

ORDERED that defendants' motion be DENIED.

IT IS FURTHER ORDERED that plaintiff's Second Amended Complaint shall NOT BE DISMISSED.

Dated: May   , 2008

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| IRIS WOOD, ) | |
| ) | |
| Plaintiff, *Pro Se* ) | |
| ) | |
| v. ) | Civil Action No. 07-1597 (RMU) |
| ) | (JURY TRIAL DEMANDED) |
| IRVING KATOR, MICHAEL KATOR, ) | |
| CATHY A. HARRIS, ) | |
| Kator, Parks & Weiser, PLLC, ) | |
| (previously known under other ) | |
| law firm names) ) | |
| ) | |
| Defendants ) | |
| ) | |

## MOTION FOR EXTENSIONS OF TIME TO RESPOND

Iris Wood, pro se plaintiff, requests extension(s) of time until at least May 14, 2008, (after Mother's Day) to respond to matters filed in above case during month of April 2008, if response is required or needed.

These requests are made as pro se plaintiff who lives out of state and is not expert in these areas of law.

Plaintiff must drive more than an hour to the law library. Plaintiff also has a bladder condition and reduced vision at this time which impedes travel.

Plaintiff continues to have matters to attend pertaining to the death of her husband.

Dated: ~~~~~~~~ April 30, 2008

Respectfully submitted,

*Iris Wood*
Iris Wood, Plaintiff *Pro Se*

Certificate of Service

I hereby certify that a copy of the foregoing are served by first class mail on:

Adrienne Tranel, Esq
Kator, Parks & Weiser, PLLP
1200 18th Street, NW, Tenth Floor
Washington, DC 20036

Iris Wood, pro se
Date: April 30, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRIS WOOD,<br><br>    Plaintiff, *Pro Se*<br><br>v.<br><br>IRVING KATOR, MICHAEL KATOR,<br>    CATHY A. HARRIS,<br>    Kator, Parks & Weiser, PLLC,<br>    (previously known under other<br>    law firm names)<br><br>    Defendants | Civil Action No. 07-1597 (RMU)<br>(JURY TRIAL DEMANDED) |

## ORDER

Upon consideration of Plaintiff's Motion for Leave to File a Second Amended Complaint, Defendants' Opposition Motion, Plaintiff's Opposition and Response, and the record herein, it is

ORDERED that defendants' motion be DENIED.

IT IS FURTHER ORDERED that plaintiff's Second Amended Complaint shall NOT BE DISMISSED.

Dated: May   , 2008

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA