RECEIVED
MAY - 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| IRIS WOOD, ) | |
| ) | |
| Plaintiff, *Pro Se* ) | |
| ) | |
| v. ) | Civil Action No. No. 07-1597 (RMU) |
| ) | (JURY TRIAL DEMANDED) |
| IRVING KATOR, MICHAEL KATOR, ) | |
| CATHY A. HARRIS, ) | |
| Kator, Parks & Weiser, PLLC, ) | |
| (previously known under other ) | |
| law firm names) ) | |
| ) | |
| Defendants ) | |
| ) | |

## PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANTS' APRIL 2008 OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff, pro se, opposes and responds herein to defendants' April 2008 Opposition to Motion for Leave to File Second Amended Complaint as proposed under Local Rule 7(i) and "Federal Rule 15(a)(2)."

Plaintiff, pro se, denies defendants allegations. Plaintiff's Supplemental Opposition and Response is enclosed herein and is believed to be timely.

Motion for Leave to File Second Amended Complaint with proposed Second Amended Complaint and a copy of plaintiff's Affidavits were submitted under separate cover by mail dated April 29, 2008 (to file April 30, 2008).

If Plaintiff's Supplemental Opposition and Response dated May 1, 2008, herein, and first Opposition and Response dated April 30, 2008, under separate cover, are not considered timely, then Pro Se Plaintiff requests reconsideration since Plaintiff could not respond adequately about a matter in advance.

Plaintiff, pro se, submits herein a Supplemental Opposition and Response and a proposed Order.

Respectfully submitted,

Dated: May 1, 2008                     Iris Wood, Plaintiff *Pro Se*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRIS WOOD, )<br>)<br>Plaintiff, *Pro Se* )<br>)<br>v. )<br>)<br>IRVING KATOR, MICHAEL KATOR, )<br>CATHY A. HARRIS, )<br>Kator, Parks & Weiser, PLLC, )<br>(previously known under other )<br>law firm names) )<br>)<br>Defendants ) | Civil Action No. No. 07-1597 (RMU)<br>(JURY TRIAL DEMANDED) |

## PLAINTIFF'S SUPPLEMENTAL OPPOSITION AND RESPONSE TO DEFENDANTS' APRIL 2008 OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff, pro se, opposes and responds herein to defendants' April 2008 Opposition to Motion for Leave to File Second Amended Complaint based upon Local Rule 7(i) and "Federal Rule 15(a)(2)."

Plaintiff, pro se, opposes and denies defendants allegations.

Plaintiff, pro se, submits herein a Supplemental Opposition and Response and a proposed Order Denying defendants' Motion.

Defendants based their argument on two rules.

The first is Local Rule 7(i) which indicates the amendment shall accompany the motion for leave to file.

In response, both the Motion for Leave and the proposed Second Amended Complaint, were submitted and mailed together overnite on April 29, 2008, for filing with the court on April 30, 2008, which plaintiff believes was timely.

If Plaintiff's Opposition and Response dated April 30, 2008, (to file May 1,

2008); or if plaintiff's Motion for Leave to File with proposed Second Amended Complaint and Opposition dated April 29, 2008, (to file April 30, 2008), are not considered timely, then Pro Se Plaintiff requests reconsideration since Plaintiff could not respond adequately in advance about a matter which was to be filed in the future.

The second rule defendants reference, "Federal Rule 15(a)(2)," cannot be found by pro se plaintiff in the Federal Rules.

If defendants intended to reference Federal Rule 15(c)(2), then plaintiff asserts that section is relevant since the matters and claim(s) asserted in the amended pleading arose out of the conduct, transactions, and occurrence set forth or attempted to set forth in the original pleading and complaint. This provides support to plaintiff's request as argued and allows plaintiff to file a Second Amended Complaint.

Also, reference plaintiff's points and arguments in other pleadings, oppositions, responses, and motions, which request that plaintiff be granted pro se status.

Plaintiff explained that plaintiff as pro se intended prior pleadings and attachments to be considered together when they were prepared and submitted. Pro se plaintiff requested opportunity to correct this by filing a Second Amended Complaint.

If other errors have been committed, pro se plaintiff requests opportunity to respond and/or to correct them.

Defendants complained that they did not know plaintiff intended to file an opposition and an amended complaint when the record or docket plainly showed plaintiff's intentions to do so.

Defendants complained that plaintiff's amendment would be a "rehash;" however, additional causes of action were added. Defendants failed to answer issues raised by plaintiff which gave plaintiff reason to add causes of action.

If the court requires additional causes of actions to be filed separately, plaintiff requests permission to do so.

Plaintiff, pro se, has submitted herein a Supplemental Opposition and Response and a proposed Order.

Dated: May 1, 2008

Respectfully submitted,

*[signature]*
Iris Wood, Plaintiff *Pro Se*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRIS WOOD, ) | |
| ) | |
| Plaintiff, *Pro Se* ) | |
| ) | |
| v. ) | Civil Action No. 07-1597 (RMU) |
| ) | (JURY TRIAL DEMANDED) |
| IRVING KATOR, MICHAEL KATOR, ) | |
| CATHY A. HARRIS, ) | |
| Kator, Parks & Weiser, PLLC, ) | |
| (previously known under other ) | |
| law firm names) ) | |
| ) | |
| Defendants ) | |

## ORDER

Upon consideration of Plaintiff's Motion for Leave to File a Second Amended Complaint, Defendants' Opposition Motion, Plaintiff's Opposition and Response, and the record herein, it is

ORDERED that defendants' motion be DENIED.

IT IS FURTHER ORDERED that plaintiff's Second Amended Complaint shall be FILED and NOT DISMISSED.

Dated: May   , 2008

_____

JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Certificate of Service

I hereby certify that a copy of the foregoing are served by first class mail on:

Adrienne Tranel, Esq
Kator, Parks & Weiser, PLLP
1200 18th Street, NW, Tenth Floor
Washington, DC 20036

*/s/ Iris Wood*
Iris Wood, pro se
Date: May 1, 2008