UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRIS WOOD,

    Plaintiff,

        v.                          No. 07-CV-1597 (RMU)

IRVING KATOR, *et al.*

    Defendants.

OPPOSITION TO MOTION TO INTERVENE

    Defendants hereby oppose Michael L. Buesgans motion to intervene.  The Movant does not begin to articulate a colorable claim for relief or any interest whatsoever in this litigation. Accordingly, his motion must be denied.

                                      Respectfully submitted,

                                      /s/
                                  _____
                                  Adrienne M. Tranel (502502)
                                  Kator, Parks & Weiser, PLLC
                                  1200 18th Street, NW, Suite 1000
                                  Washington, DC 20036
                                  (202) 898-4800

May 8, 2008                                    Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRIS WOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>IRVING KATOR, *et al.*<br><br>    Defendants. | No. 07-CV-1597 (RMU) |

ORDER

Upon consideration of Michael L. Buesgans motion to intervene and the record herein, it is this _____ day of May, 2008

ORDERED that the motion is DENIED.

_____
United States District Judge