UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRIS WOOD,

    Plaintiff, *Pro Se*

    v.                                    No. 07-1597 (RMU)

IRVING KATOR, *et al.*

    Defendants.

## MOTION FOR LEAVE TO FILE

Defendants hereby move for leave to file their opposition to Plaintiff's second motion for leave to file her second amended complaint on May 15, 2008. The opposition has been prepared and served on Plaintiff. However, network anomalies are preventing counsel from accessing the document and filing it electronically. Accordingly, Defendants request one additional day, to and including May 15, 2008, within which to electronically file their opposition. Counsel has not attempted to contact Plaintiff at this late hour to ascertain her position on this motion.

For the foregoing reasons, Defendants respectfully request leave to file their opposition to Plaintiff's motion for leave to file a second amended complaint on May 15, 2008.

                                              Respectfully submitted,

                                              _____s/_____
                                              Adrienne M. Tranel (502502)
                                              Kator, Parks & Weiser, PLLC
                                              1200 18th Street, Suite 1000
                                              Washington, DC 20036
                                              (202) 898-4800

May 14, 2008                                   Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRIS WOOD,

    Plaintiff, *Pro Se*

       v.                                            No. 07-1597 (RMU)

IRVING KATOR, *et al.*

    Defendants.

## **ORDER**

    Upon consideration of Defendants' motion for leave to file, it is this ___ day of May, 2008

    ORDERED that Defendants' motion is GRANTED.

    IT IS FURTHER ORDERED that Defendants shall have to and including May 15, 2008 within which to file their opposition to Plaintiff's motion for leave to file her second amended complaint.

                                                                           _____
                                                                          United States District Judge