UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRIS WOOD,

    Plaintiff, *Pro Se*

        v.

IRVING KATOR, *et al.*

    Defendants.

No. 07-1597 (RMU)

**OPPOSITION TO PLAINTIFF'S (SECOND) MOTION
FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

On April 30, 2008, Plaintiff filed her second motion for leave to file a second amended complaint. Although Defendants and the Court are unfortunately left to guess, apparently Plaintiff intended this motion to supercede her original motion to file a second amended complaint. In any event, Plaintiff's second motion should nonetheless be denied, as her proposed second amended complaint suffers the same legal deficiencies as all her previous versions. Plaintiff still has not stated a viable claim against Defendants and, accordingly, her motion to amend must be denied.

Rule 15(a)(2) requires that this Court "freely give leave [to amend] when justice so requires." Plaintiff, of course, has not endeavored to explain the putative interest of justice in allowing her yet another opportunity to amend her complaint. Rather, she – inscrutably – has argued only that "[t]he Amendment is sought as pro se plaintiff and was previously requested in the interest of justice." In any event, it is apparent that her purported second amendment is simply a rehash of the same broad, speculative and implausible allegations that she has

previously sought to foist on the Court. Indeed, she states in her second amended complaint that "[t]he Plaintiff's 1st Affidavit previously and contemporaneously filed is incorporated herein by reference." Pl. Sec. Am. Comp. at 3.

Defendants have twice now moved to dismiss Plaintiff's complaint. Allowing her to amend yet again would only invite a third such motion. Axiomatically, "repeated inability to cure a complaint deficiency is a sufficient reason" for denying a motion for leave to amend. *McCray v. Veneman*, 298 F. Supp. 2d 13, 15 (D.D.C. 2002), *citing Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996). Plaintiff is clearly unhappy with the outcome of her litigation against the Library of Congress. But, rather than accept any of the responsibility herself for her own fate, she has chosen to plaster Defendants with a barrage of bizarre, fanciful and utterly implausible allegations. Time and time again she has sought to recast these allegations but she still has not stated a claim upon which relief can be granted – most significantly, she has failed to raise any coherent, plausible allegation that the outcome of this litigation would have been any different but for Defendants' putative breach of the standard of care.

For these reasons, Plaintiff's second motion for leave to file a second amended complaint should be denied and this case should be dismissed.

                                                                     Respectfully submitted,

                                                                     _____s/_____
                                                                       Adrienne M. Tranel (502502)
                                                                       Kator, Parks & Weiser, PLLC
                                                                       1200 18th Street, Suite 1000
                                                                       Washington, DC 20036
                                                                       (202) 898-4800

May 14, 2008                                             Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRIS WOOD,

    Plaintiff, *Pro Se*

        v.                                             No. 07-1597 (RMU)

IRVING KATOR, *et al.*

    Defendants.

**O R D E R**

Upon consideration of Plaintiffs second Motion for Leave to File Second Amended Complaint, Defendants' Opposition and the entire record herein, it is hereby

ORDERED that Plaintiff's motion is DENIED.

_____
Richard M. Urbina, District Judge

Copies to:

Adrienne M. Tranel
1200 18th Street, NW Suite 1000
Washington, DC 20036

Iris Croft Wood
110 Main Street, PO Box 1200
Lamar, SC 29069-1200