UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **IRIS WOOD,** ) | |
| ) | |
| **Plaintiff,** *Pro Se* ) | |
| ) | |
| v. ) | Civil Action No. 07-1597 (RMU) |
| ) | (JURY TRIAL DEMANDED) |
| **IRVING KATOR, MICHAEL KATOR,** ) | |
| **CATHY A. HARRIS,** ) | |
| Kator, Parks & Weiser, PLLC, ) | |
| (previously known under other ) | |
| law firm names) ) | |
| ) | |
| **Defendants** ) | |

### OPPOSITION AND RESPONSE TO DEFENDANTS' MAY 14, 2008, MOTION FOR LEAVE TO FILE

Plaintiff, pro se, opposes and responds herein to defendants' May 14, 2008, Motion for Leave to File.

Plaintiff, pro se, opposes defendants Motion for Leave to File for failure to file timely, LCvR 7(b), on May 14 or 15, 2008.

Plaintiff's Motion for Leave to File Second Amended Complaint with Second Amended Complaint were mailed to defendants by priority mail on April 29, 2008, and filed on April 30, 2008.

The court should deny defendants' May 14, 2008, Motion for Leave to File for failure to file timely, LCvR 7(b).

Therefore, the court should deny or reject defendants' Opposition to Plaintiff's (Second) Motion for Leave to File Second Amended Complaint dated May 14, 2008, and filed May 15, 2008, for failure to file timely, LCvR 7(b), on May 15, 2008.

Plaintiff, pro se, has submitted herein an Opposition and Response and a proposed Order Denying Motion for Leave to File.

Dated: May 22, 2008

Respectfully submitted,

*Iris Wood*
Iris Wood, Plaintiff *Pro Se*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRIS WOOD, )<br> )<br>Plaintiff, *Pro Se* )<br> )<br>v. )<br> )<br>IRVING KATOR, MICHAEL KATOR, )<br>CATHY A. HARRIS, )<br>Kator, Parks & Weiser, PLLC, )<br>(previously known under other )<br>law firm names) )<br> )<br>Defendants ) | Civil Action No. 07-1597 (RMU)<br>(JURY TRIAL DEMANDED) |

## ORDER

Upon consideration of defendant's May 14, 2008, Motion for Leave to File, plaintiff's Opposition and Response, and the record herein, it is hereby

ORDERED that defendants' motion be DENIED.

Dated: May   , 2008

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Certificate of Service

I hereby certify that a copy of the foregoing has been served by first class mail on:

Adrienne Tranel, Esq
Kator, Parks & Weiser, PLLP
1200 18th Street, NW, Tenth Floor
Washington, DC 20036

Iris Wood, pro se
Date: 5-24-2008