UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


RECEIVED
JUN - 6 2008
WHITTINGTON, CLERK
DISTRICT COURT

| | |
|---|---|
| IRIS WOOD, )<br>)<br>Plaintiff, *Pro Se* )<br>)<br>v. )<br>)<br>IRVING KATOR, MICHAEL KATOR, )<br>CATHY A. HARRIS, )<br>Kator, Parks & Weiser, PLLC, )<br>(previously known under other )<br>law firm names) )<br>)<br>Defendants )<br>) | Civil Action No. 07-1597 (RMU)<br>(JURY TRIAL DEMANDED) |

## MOTION FOR EXTENSION(S) OF TIME

Iris Wood, pro se plaintiff, requests extension(s) of time until at least July 16, 2008, to respond or act in all matters in this case due to medical reasons.

Since Memorial Day 2008 plaintiff sought medical care for ongoing symptoms which the physician opines will require gall bladder surgery, especially considering family medical history.

Plaintiff is undergoing various tests at this time to confirm the need for surgery and to rule out other problems or complications. Furthermore, prior to surgery a heart work-up will be required for plaintiff who is status-post open-heart surgery.

Plaintiff has a bladder condition and reduced vision at this time which impedes travel. The medical tests, appointments and procedures require planning and travel. Surgery will require special assistance.

Plaintiff requests the court's approval to provide an update between June 30 and July 16 regarding surgery and medical concerns.

Plaintiff apologizes for any problems this delay may cause.

Plaintiff has in good faith re-scheduled and postponed other medical care this year on account of the above captioned case and her pro se status.

     For example, eye surgeries were recommended last fall and one planned for early this year as part of a series of procedures to address reduced vision which have all been postponed and neglected indefinitely. Heart tests are overdue and should have already been conducted.

     A copy of this motion has been sent by first class mail to opposing counsel whose response is unknown at this time.

     These requests are made in good faith as pro se plaintiff who lives out of state and is not expert in these areas of law. Plaintiff must drive more than an hour each way to the law library.

Dated: June 4, 2008

Respectfully submitted,

Iris Wood, Plaintiff *Pro Se*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRIS WOOD, )<br>)<br>Plaintiff, *Pro Se* )<br>)<br>v. )<br>)<br>IRVING KATOR, MICHAEL KATOR, )<br>CATHY A. HARRIS, )<br>Kator, Parks & Weiser, PLLC, )<br>(previously known under other )<br>law firm names) )<br>)<br>Defendants ) | Civil Action No. 07-1597 (RMU)<br>(JURY TRIAL DEMANDED) |

## ORDER

Upon consideration of Plaintiff's Motion for Extension(s) of Time, it is ordered that extensions of time are granted to plaintiff in this case for medical reasons until at least July 16, 2008, with an update to be filed between June 30 and July 16, 2008.

Dated: June   , 2008

---

Ricardo M. Urbina
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Certificate of Service

I hereby certify that a copy of the foregoing has been served by first class mail on:

Adrienne Tranel, Esq
Kator, Parks & Weiser, PLLP
1200 18th Street, NW, Tenth Floor
Washington, DC 20036

                                                    Iris Wood, pro se
                                                    Date: 6-4-2008