UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| IRIS WOOD, | )<br>)<br>) |
| Plaintiff, *Pro Se* | )<br>)<br>) |
| v. | ) Civil Action No. 07-1597 (RMU)<br>) (JURY TRIAL DEMANDED) |
| IRVING KATOR, MICHAEL KATOR,<br>CATHY A. HARRIS,<br>Kator, Parks & Weiser, PLLC,<br>(previously known under other<br>law firm names) | )<br>)<br>)<br>)<br>) |
| Defendants | )<br>) |

## MOTION FOR EXTENSION OF TIME

Iris Wood, pro se plaintiff, confirms requests for extension of time to respond or act in all matters in this case due to medical reasons until at least July 31, 2008, or when the judge deems appropriate.

Plaintiff continues under medical care for tests by a specialist in July 2008 for gall-bladder like symptoms. Reference enclosed doctor's statement dated June 26, 2008.

Plaintiff will also continue to undergo cardiac tests in July 2008. After being treated and monitored closely for approximately 6-8 weeks and further tested and evaluated, plaintiff is advised she will likely be hospitalized for further heart treatment at that time.

Plaintiff requests opportunity to make such related requests with medical statement(s) at that time, as needed in the future.

Medical tests, procedures and appointments require planning and travel in summer heat and around storm warnings. Travel is impeded by plaintiff's bladder condition and reduced vision at this time.

Plaintiff is following doctor's instructions and apologizes to everyone for any problems or inconvenience this delay may cause. Scheduling with multiple specialists in a non-urban area has encumbrances.

  Plaintiff requests the court's approval to provide any supplemental information that is needed.

  Plaintiff has contacted defendants and has received no objections by telephone.

  These requests are made in good faith as pro se plaintiff who lives out of state and is not expert in these areas of law. Plaintiff must drive more than an hour each way to the law library in the summer heat and storms.

Dated: June 27, 2008

Respectfully submitted,

*/s/ Iris Wood*

Iris Wood, Plaintiff *Pro Se*

Enclosure



# PEE DEE INTERNAL MEDICINE ASSOCIATES
514-G SOUTH DARGAN STREET
P.O. BOX 2598

FLORENCE, SOUTH CAROLINA 29503

Phone: (843) 667-8561
Fax: (843) 413-5014

---

| **Jon H. Docherty, Sr., MD** | **J. Harrell Docherty, Jr., MD** | **Carolyn Inman, M.D.** |
| Board Certified Internal Medicine | Board Certified Rheumatology | Board Certified Family Medicine |
| Hospice and Palliative Medicine | | |
| | | |
| **Rebecca C. Harlan, RN, MSN** | **Jaymas Williams, RN, MSN** | **Julie M. Filyaw, BA** |
| Board Certified Family Nurse Practitioner | Family Nurse Practitioner | Practice Manager |

June 26, 2008

Re: Iris Wood

To Whom It May Concern:

Ms. Wood is a patient of mine who suffers from stomach problems. She is currently awaiting an appointment on July 22, 2008 with a doctor in Columbia to try to further diagnose her medical condition. Please consider her medical conditions when determining whether or not to excuse her absences from work. If you have any further questions, please contact my office.

Sincerely,

*[signature]*

Jon H. Docherty, Sr., MD

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRIS WOOD, )<br>)<br>Plaintiff, *Pro Se* )<br>)<br>)<br>v. )<br>)<br>IRVING KATOR, MICHAEL KATOR, )<br>CATHY A. HARRIS, )<br>Kator, Parks & Weiser, PLLC, )<br>(previously known under other )<br>law firm names) )<br>)<br>Defendants ) | Civil Action No. 07-1597 (RMU)<br>(JURY TRIAL DEMANDED) |

## ORDER

Upon consideration of Plaintiff's Motion for Extension(s) of Time, it is ordered that extension(s) of time are granted to plaintiff in this case for medical reasons until at least July 31, 2008.

    Dated: July   , 2008

------------------------------

Ricardo M. Urbina
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Certificate of Service

I hereby certify that a copy of the foregoing has been served by first class mail on:

Adrienne Tranel, Esq
Kator, Parks & Weiser, PLLP
1200 18th Street, NW, Tenth Floor
Washington, DC 20036

*Iris Wood*
Iris Wood, pro se
Date: 6-27-2008