UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IRIS WOOD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No.: 07-1597 (RMU) |
| MICHAEL KATOR, *et al.* | ) |
| Defendants. | ) |

## SUGGESTION OF DEATH

In accordance with Rule 25(a), Adrienne Tranel, who is a representative of Michael Kator and Cathy Harris, of Kator, Parks & Weiser, P.L.L.C., who are parties to this action, notes the death during the pendency of this action of Irving Kator, a defendant in this action. Mr. Kator passed away on June 3, 2008.

Respectfully submitted,

_____/s/_____
Adrienne M. Tranel (502502)
KATOR, PARKS & WEISER, P.L.L.C.
1200 18th Street, N.W., Suite 1000
Washington, D.C. 20036
Phone: (202) 898-4800
Fax: (202) 289-1389

July 23, 2008                            Attorney for Defendants