UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRIS WOOD, )<br>)<br>Plaintiff, *Pro Se* )<br>)<br>v. )<br>)<br>IRVING KATOR, MICHAEL KATOR, )<br>CATHY A. HARRIS, )<br>Kator, Parks & Weiser, PLLC, )<br>(previously known under other )<br>law firm names) )<br>)<br>Defendants )<br>) | Civil Action No. 07-1597 (RMU)<br>(JURY TRIAL DEMANDED) |

## MOTION TO PLACE AFFIDAVIT UNDER JUDICIAL SEAL

Pro se plaintiff moves the court to place notarized affidavit attached herein under judicial seal for viewing by judge and ~~parties~~ opposing counsel only.

If judge deems public viewing of affidavit attached herein necessary, then plaintiff requests a hearing on the matter and the opportunity to withdraw affidavit; since violation of plaintiff's medical privacy cannot be undone and provides irreparable harm.

Dated: August 16, 2008

Respectfully submitted,

*Iris Wood*

Iris Wood, Plaintiff *Pro Se*

Attachment

RECEIVED
AUG 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Certificate of Service

I hereby certify that a copy of the foregoing has been served by first class mail on:

Adrienne Tranel, Esq
Kator, Parks & Weiser, PLLP
1200 18th Street, NW, Tenth Floor
Washington, DC 20036

Iris Wood, pro se
Date: 8-16-08